

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
MAR 2 6 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

March 26, 2008

**BY FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:  <u>United States v. Joseph Moran and Dario Grullon</u>
     08 Cr. 055 (RPP)

Dear Judge Patterson:

A pre-trial conference in this case is scheduled for Thursday, March 27, 2008. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the March 27, 2008 conference date. Therefore, the parties jointly request that the conference scheduled for March 27, 2008, be adjourned to April 7, 2008, at 2:00 p.m., a date provided by Your Honor's deputy, to allow the parties to continue to work towards a disposition.

If the Court grants this request, then the Government respectfully requests that the Court exclude time from March 27, 2008, until the date set by the Court, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*Application granted. Time is excluded until 4/7/08 to allow defendants to review discovery and make motions in relation to the charges in the indictment. So ordered.*

Hon. Robert P. Patterson
March 26, 2008
Page 2

possible disposition of this case.  Counsel for defendant
consents to this request for the exclusion of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By:  _____
                              Todd Blanche
                              Assistant U.S. Attorney
                              (212) 637-2494
                              (212) 637-2390 (facsimile)


cc:  Henry D. Becker, Esq.
     42 Madison Avenue
     Garnerville, New York 10923
     (by facsimile)

     Steven M. Statsinger, Esq.
     Federal Defender's of New York, Inc.
     52 Duane Street - 10th Floor
     New York, New York 10007
     (by facsimile)

Case:       **United States v. Joseph Moran and Dario Grullon**
Index No.   **08 Cr. 055 (RPP)**

## MEMO ENDORSEMENT READS:

*Application granted.*

*Time is excluded until 4/7/08 to allow defendants to review discovery and make motions in relation to the charges in the indictment.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 3/27/08*