UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NOTICE OF APPEARANCE |
| DARIO GRULLON | : | Docket No. 08-CR-055-RPP |
| Defendant. | : | |

Kindly enter my appearance as the attorney for defendant Dario Grullon.

Dated:   July 29, 2008

                                              PAUL E. WARBURGH, JR., ESQ.
                                              P.O. Box 1933
                                              Huntington, NY  11743
                                              Tel: 631-223-2370
                                              Fax: 631-223-2130