USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

LAW OFFICES
**PAUL E. WARBURGH, JR.**

P.O. BOX 1933
HUNTINGTON, N.Y. 11743

(631) 223-2370

FACSIMILE
(631) 223-2130



RECEIVED
AUG - 8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

August 8, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE: United States v. Dario Grullon
Docket No. 08-CR-055-RPP

Dear Judge Patterson:

With the Court's permission I am the new attorney, for the Defendant Dario Grullon and I am writing to request an adjournment of the sentencing that is presently scheduled for August 14, 2008.

This is the first request and I have spoken with Assistant U.S. Attorney Todd Blanche and the government has no objection.

I would request a date convenient to the Court sometime after September 15, 2008.

Thank you very much.

Sincerely yours,

Paul E. Warburgh, Jr.
PAUL E. WARBURGH, JR.

cc: Todd Blanche
Assistant U. S. Attorney

*Application denied. Sentencing adjourned to 8/26/08 at 10 AM (SMDC + MCC are overcrowded) So ordered*
Robert P. Patterson
U.S.D.J.
8/8/08